899 A.2d 298

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JOSEPH CLARK, EMMA JACKSON AND DAVID
BOWMAN, DEFENDANTS.

May 25, 2006.

ORDERED that the motion of the Advisory Committee on Judicial Conduct and John A. Tonelli for leave to appeal is granted.